**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: SOLTYSIAK, PIOTR | § | Case No. 08-15528 |
| ZOLTOWSKA-SOLTYSIAK, MARTA | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 17, 2008. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $         166,526.37

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 15,000.00 |
   | Administrative expenses | 79,909.81 |
   | Bank service fees | 1,820.41 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 23,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 46,796.15 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/27/2008 and the deadline for filing governmental claims was 12/14/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

Pursuant to 11 U.S.C. § 326(a) the maximum compensation allowable to the trustee is $10,425.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,000.00, for a total compensation of $9,000.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/08/2013            By: /s/ILENE F. GOLDSTEIN
                                Trustee

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (05/1/2011)**

## Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | | | | |
|---|---|---|---|---|
| Case Number: 08-15528 | | Trustee: | (330290) | ILENE F. GOLDSTEIN |
| Case Name: SOLTYSIAK, PIOTR | | Filed (f) or Converted (c): | 06/17/08 (f) | |
| ZOLTOWSKA-SOLTYSIAK, MARTA | | §341(a) Meeting Date: | 07/14/08 | |
| Period Ending: 04/08/13 | | Claims Bar Date: | 10/27/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE<br>236 Forest Drive, Island Lake, IL 60042 | 370,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>National City Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>3 sofas (300), king size bed (200), 3 beds for children (200), dining room set (100), 2 older tvs (300), computer and dvd (130) | 1,230.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS<br>CDs | 20.00 | 0.00 | | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE<br>10 year old receivable from Jan Wroblewski, 9204 Oak Springs Ct., Richmond, VA 23229-4067 related to sale of glass ornamental vases | Unknown | 0.00 | | 0.00 | FA |
| 6 | Personal injury and workers compensation claim,<br>Personal injury and workers compensation claim, Case # 2006-L-002526, filed in the Circuit Court of Cook County. Attorney for Debtor in this action has made a demand in excess of $400,000 | Unknown | 0.00 | | 166,500.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES<br>2006 Dodge Sprinter 2500 High Ceiling, I.D. No. WD9D144665907862 | 17,995.00 | 0.00 | | 0.00 | FA |
| 8 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Computer desk | 150.00 | 150.00 | | 0.00 | FA |
| 9 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>Business tools | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 26.37 | Unknown |
| 10 | Assets Totals (Excluding unknown values) | $389,895.00 | $150.00 | | $166,526.37 | $0.00 |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee had to set an additional bar date as the Debtor's amended their schedules well into the case and those creditors did not receive Notice of the Bar Date for filing claims. That date has past and the Trustee is preparing her Final Report.

The Final Report should be on file by February 28, 2013.

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 08-15528 | Trustee: (330290) ILENE F. GOLDSTEIN |
| Case Name: SOLTYSIAK, PIOTR | Filed (f) or Converted (c): 06/17/08 (f) |
| ZOLTOWSKA-SOLTYSIAK, MARTA | §341(a) Meeting Date: 07/14/08 |
| Period Ending: 04/08/13 | Claims Bar Date: 10/27/08 |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Initial Projected Date Of Final Report (TFR):    December 31, 2010        Current Projected Date Of Final Report (TFR):    April 30, 2012

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-15528 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SOLTYSIAK, PIOTR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | | Account: | ***-*****56-65 - Money Market Account |
| Taxpayer ID #: | **-***0212 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/08/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/09 | {6} | Miroballi,Durkin & Rudin | Settlement proceeds of PI Case | 1129-000 | 7,759.15 | | 7,759.15 |
| 11/04/09 | | The Cincinatti Insurance Co | Settlement of Personal Injury case | | 90,000.00 | | 97,759.15 |
| | {6} | | Settlement of PI Law suit　158,740.85 | 1129-000 | | | 97,759.15 |
| | | | Special counsel　　　　　-13,240.85<br>expenses | 3220-610 | | | 97,759.15 |
| | | | Special Counsel Fees　　-55,500.00 | 3210-600 | | | 97,759.15 |
| 11/05/09 | | To Account #********5666 | Transfer of Funds | 9999-000 | | 41,000.00 | 56,759.15 |
| 11/05/09 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3120-000 | | 10,669.50 | 46,089.65 |
| 11/05/09 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Expenses | 3120-000 | | 317.10 | 45,772.55 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.61 | | 45,774.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.92 | | 45,776.08 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.80 | | 45,777.88 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 1.74 | | 45,779.62 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 2.05 | | 45,781.67 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 1.18 | | 45,782.85 |
| 04/20/10 | | Wire out to BNYM account 9200******5665 | Wire out to BNYM account 9200******5665 | 9999-000 | -45,782.85 | | 0.00 |

| | ACCOUNT TOTALS | 51,986.60 | 51,986.60 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | -45,782.85 | 41,000.00 | |
| | Subtotal | 97,769.45 | 10,986.60 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $97,769.45 | $10,986.60 | |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 04/08/2013 11:42 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-15528 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SOLTYSIAK, PIOTR | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | | Account: | ***-*****56-66 - Checking Account |
| Taxpayer ID #: | **-***0212 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/08/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/09 | | From Account #********5665 | Transfer of Funds | 9999-000 | 41,000.00 | | 41,000.00 |
| 11/17/09 | 101 | Piotr Soltysiak | Exemption | 8100-002 | | 15,000.00 | 26,000.00 |
| 11/17/09 | 102 | American Interstate Insurance Company | Lien on PI Suit | 4220-000 | | 15,000.00 | 11,000.00 |
| 02/19/10 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #08-15528 | 2300-000 | | 45.42 | 10,954.58 |
| 04/20/10 | | Wire out to BNYM account 9200******5666 | Wire out to BNYM account 9200******5666 | 9999-000 | -10,954.58 | | 0.00 |
| | | | ACCOUNT TOTALS | | 30,045.42 | 30,045.42 | $0.00 |
| | | | Less: Bank Transfers | | 30,045.42 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,045.42 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,045.42** | |

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-15528 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SOLTYSIAK, PIOTR | | Bank Name: | The Bank of New York Mellon |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | | Account: | 9200-******56-65 - Checking Account |
| Taxpayer ID #: | **-***0212 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/08/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | 9999-000 | 45,782.85 | | 45,782.85 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.96 | | 45,783.81 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.72 | | 45,786.53 |
| 06/23/10 | 11003 | Piotr Soltysiak and Marta Zoltowska-Soltysiak | EXEMPTIONS OF THE DEBTOR | 8100-002 | | 8,000.00 | 37,786.53 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.59 | | 37,789.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.25 | | 37,791.37 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.24 | | 37,793.61 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,793.92 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,794.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,794.55 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,794.87 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,795.19 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 37,795.47 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,795.79 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,796.10 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,796.42 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,796.73 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,797.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,797.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.02 | 37,709.35 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -63.02 | 37,772.37 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,772.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.58 | 37,695.10 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,695.42 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.88 | 37,620.54 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,620.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.46 | 37,538.38 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,538.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.13 | 37,461.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,461.87 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.89 | 37,379.98 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.04 | 37,305.94 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.44 | 37,229.50 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.74 | 37,155.76 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.76 | 37,072.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.43 | 36,998.57 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.87 | 36,917.70 |

Subtotals :  $45,798.92   $8,881.22

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-15528 |
| Case Name: | SOLTYSIAK, PIOTR |
| | ZOLTOWSKA-SOLTYSIAK, MARTA |
| Taxpayer ID #: | **-***0212 |
| Period Ending: | 04/08/13 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******56-65 - Checking Account |
| Blanket Bond: | $5,000,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.17 | 36,839.53 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.45 | 36,769.08 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.87 | 36,686.21 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.17 | 36,611.04 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.52 | 36,538.52 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 36,538.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 45,798.92 | 45,798.92 | $0.00 |
| | | | Less: Bank Transfers | | 45,782.85 | 36,538.52 | |
| | | | Subtotal | | 16.07 | 9,260.40 | |
| | | | Less: Payments to Debtors | | | 8,000.00 | |
| | | | NET Receipts / Disbursements | | $16.07 | $1,260.40 | |

{} Asset reference(s)

Printed: 04/08/2013 11:42 AM     V.13.13

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-15528 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SOLTYSIAK, PIOTR | | Bank Name: | The Bank of New York Mellon |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | | Account: | 9200-******56-66 - Checking Account |
| Taxpayer ID #: | **-***0212 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/08/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5666 | Wire in from JPMorgan Chase Bank, N.A. account ********5666 | 9999-000 | 10,954.58 | | 10,954.58 |
| 02/04/11 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #08-15528, Bond Premiums | 2300-000 | | 48.60 | 10,905.98 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.40 | 10,880.58 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.40 | 10,880.98 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,855.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,830.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,805.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,780.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,755.98 |
| 02/15/12 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #08-15528, 2012-2013 Bond Premium | 2300-000 | | 45.69 | 10,710.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,685.29 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,660.29 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,635.29 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,610.29 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,585.29 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,560.29 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,535.29 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,510.29 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,485.29 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,460.29 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,435.29 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 10,435.29 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 10,954.58 | 10,954.58 | $0.00 |
| Less: Bank Transfers | 10,954.58 | 10,435.29 | |
| Subtotal | 0.00 | 519.29 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $519.29 | |

{} Asset reference(s)      Printed: 04/08/2013 11:42 AM   V.13.13

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

Case Number: 08-15528  
Case Name: SOLTYSIAK, PIOTR  
ZOLTOWSKA-SOLTYSIAK, MARTA  
Taxpayer ID #: **-***0212  
Period Ending: 04/08/13

Trustee: ILENE F. GOLDSTEIN (330290)  
Bank Name: Rabobank, N.A.  
Account: ****769465 - Checking Account  
Blanket Bond: $5,000,000.00 (per case limit)  
Separate Bond: N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 36,538.52 | | 36,538.52 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 72.05 | 36,466.47 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | 62.96 | 36,403.51 |
| | | | ACCOUNT TOTALS | | 36,538.52 | 135.01 | $36,403.51 |
| | | | Less: Bank Transfers | | 36,538.52 | 0.00 | |
| | | | Subtotal | | 0.00 | 135.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $135.01 | |

{} Asset reference(s)  
Printed: 04/08/2013 11:42 AM    V.13.13

# Form 2

Page: 7

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-15528 |
| Case Name: | SOLTYSIAK, PIOTR |
| | ZOLTOWSKA-SOLTYSIAK, MARTA |
| Taxpayer ID #: | **-***0212 |
| Period Ending: | 04/08/13 |

| | |
|---|---|
| Trustee: | ILENE F. GOLDSTEIN (330290) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****769466 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,435.29 | | 10,435.29 |
| 02/26/13 | 20106 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #08-15528, Bond Number 016026455 | 2300-000 | | 42.65 | 10,392.64 |
| | | | ACCOUNT TOTALS | | 10,435.29 | 42.65 | $10,392.64 |
| | | | Less: Bank Transfers | | 10,435.29 | 0.00 | |
| | | | Subtotal | | 0.00 | 42.65 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $42.65 | |

| | |
|---|---:|
| Net Receipts : | 97,785.52 |
| Plus Gross Adjustments : | 68,740.85 |
| Less Payments to Debtor : | 23,000.00 |
| | _____ |
| Net Estate : | $143,526.37 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| MMA # ***-*****56-65 | 97,769.45 | 10,986.60 | 0.00 |
| Checking # ***-*****56-66 | 0.00 | 15,045.42 | 0.00 |
| Checking # 9200-******56-65 | 16.07 | 1,260.40 | 0.00 |
| Checking # 9200-******56-66 | 0.00 | 519.29 | 0.00 |
| Checking # ****769465 | 0.00 | 135.01 | 36,403.51 |
| Checking # ****769466 | 0.00 | 42.65 | 10,392.64 |
| | $97,785.52 | $27,989.37 | $46,796.15 |

{} Asset reference(s)

Printed: 04/08/2013 11:42 AM    V.13.13

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 08-15528
Case Name: SOLTYSIAK, PIOTR
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:**  $          46,796.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 17 | American Interstate Insurance Company | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |

Total to be paid to secured creditors:  $          0.00
Remaining balance:  $          46,796.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,000.00 | 0.00 | 9,000.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 20,517.30 | 10,986.60 | 9,530.70 |
| Accountant for Trustee, Fees - PBG | 320.00 | 0.00 | 320.00 |

Total to be paid for chapter 7 administration expenses:  $          18,850.70
Remaining balance:  $          27,945.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:  $          27,945.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,628.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Malgorzata Lokaj | 16,628.32 | 0.00 | 16,628.32 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |
|---|---:|
| Total to be paid for priority claims: | $ 16,628.32 |
| Remaining balance: | $ 11,317.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,909.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | PYOD LLC its successors and assigns as assignee of | 1,311.66 | 0.00 | 345.95 |
| 2 | Dell Financial Services, LLC | 2,869.91 | 0.00 | 756.93 |
| 3 | Dell Financial Services, LLC | 3,239.32 | 0.00 | 854.36 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 881.42 | 0.00 | 232.47 |
| 5 | Chase Bank USA, NA | 4,953.30 | 0.00 | 1,306.41 |
| 6 | TARGET NATIONAL BANK | 537.77 | 0.00 | 141.83 |
| 7 | Capital Recovery II | 1,987.86 | 0.00 | 524.29 |
| 8 | Capital Recovery II | 776.93 | 0.00 | 204.91 |
| 9 | Capital Recovery II | 1,079.26 | 0.00 | 284.65 |
| 10 | Wells Fargo Financial Illinois Inc | 576.24 | 0.00 | 151.98 |
| 11 | eCAST Settlement Corporation | 9,473.62 | 0.00 | 2,498.63 |
| 13 | GMAC | 15,221.95 | 0.00 | 4,014.72 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 11,317.13 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,834.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 14 | TARGET NATIONAL BANK | 2,984.66 | 0.00 | 0.00 |
| 15 | Wells Fargo Financial Illinois Inc | 576.24 | 0.00 | 0.00 |
| 16 | Wells Fargo Bank, N.A. | 2,273.69 | 0.00 | 0.00 |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**