## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | SOLTYSIAK, PIOTR | § | Case No. 08-15528 |
|---|---|---|---|
| | ZOLTOWSKA-SOLTYSIAK, | § | |
| | MARTA | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ILENE F. GOLDSTEIN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Room 710
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.   If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at **05/17/2013 at 1:30 pm at the North Branch Court (Round Lake Beach) at 1792 Nicole Lane , Round Lake Beach, Illinois 60073**.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/20/2013          By:    /s/ Ilene F. Goldstein
                                            Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: SOLTYSIAK, PIOTR | § | Case No. 08-15528 |
| ZOLTOWSKA-SOLTYSIAK, MARTA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 97,785.52 |
| *and approved disbursements of* | $ | 50,989.37 |
| *leaving a balance on hand of* [1] | $ | 46,796.15 |

**Balance on hand:**  $ 46,796.15

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 17 | American Interstate Insurance Company | 15,000.00 | 15,000.00 | 15,000.00 | 0.00 |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 46,796.15

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 9,000.00 | 0.00 | 9,000.00 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 19,822.00 | 10,669.50 | 9,152.50 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 695.30 | 317.10 | 378.20 |
| Accountant for Trustee, Fees - PBG | 320.00 | 0.00 | 320.00 |

Total to be paid for chapter 7 administration expenses:  $ 18,850.70
Remaining balance:  $ 27,945.45

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $              0.00

Remaining balance: $       27,945.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $16,628.32 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 | Malgorzata Lokaj | 16,628.32 | 0.00 | 16,628.32 |

Total to be paid for priority claims: $       16,628.32

Remaining balance: $       11,317.13

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 42,909.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 26.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 1,311.66 | 0.00 | 345.95 |
| 2 | Dell Financial Services, LLC | 2,869.91 | 0.00 | 756.93 |
| 3 | Dell Financial Services, LLC | 3,239.32 | 0.00 | 854.36 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 881.42 | 0.00 | 232.47 |
| 5 | Chase Bank USA, NA | 4,953.30 | 0.00 | 1,306.41 |
| 6 | TARGET NATIONAL BANK | 537.77 | 0.00 | 141.83 |
| 7 | Capital Recovery II | 1,987.86 | 0.00 | 524.29 |
| 8 | Capital Recovery II | 776.93 | 0.00 | 204.91 |
| 9 | Capital Recovery II | 1,079.26 | 0.00 | 284.65 |
| 10 | Wells Fargo Financial Illinois Inc | 576.24 | 0.00 | 151.98 |
| 11 | eCAST Settlement Corporation | 9,473.62 | 0.00 | 2,498.63 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 11,317.13 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,834.59 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 14 | TARGET NATIONAL BANK | 2,984.66 | 0.00 | 0.00 |
| 15 | Wells Fargo Financial Illinois Inc | 576.24 | 0.00 | 0.00 |
| 16 | Wells Fargo Bank, N.A. | 2,273.69 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: _/s/ILENE F. GOLDSTEIN_

ILENE F. GOLDSTEIN

850 Central Avenue

Suite 200

Highland Park, IL  60035

(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                      Case No. 08-15528-ABG
Piotr Soltysiak                                             Chapter 7
Marta Zoltowska-Soltysiak
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1         User: dramey          Page 1 of 4            Date Rcvd: Apr 09, 2013
                             Form ID: pdf006       Total Noticed: 76
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2013.

```
db/jdb     +Piotr Soltysiak,   Marta Zoltowska-Soltysiak,   236 Forest Dr.,   Island Lake, IL 60042-9731
17119013   +Advocate Good Shepherd Hospital,   450 W. Highway 22,   Barrington, IL 60010-1999
12334178   +Amer Rec Sys,   8501 W Higgins Rd,   Chicago, IL 60631-2801
14528036   +American Interstate Insurance Company,   c/o Mary C. DaVanti,   Wolf & Wolf Ltd.,
            55 E Washington St.,   Suite 700,   Chicago, Illinois 60602-2103
12334180   +Argus Financial Svcs, Ltd.,   6841 W Archer Ave,   Chicago, IL 60638-2311
12334181   +Associates/citibank,   Attn: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12334183   +Bank One/Chase,   Po Box 24603,   Columbus, OH 43224-0603
12334182   +Bank of America Mortgage,   7105 Corporate Drive,   Plano, TX 75024-4100
12536724   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
            (address filed with court: CAPITAL ONE BANK (USA), N.A.,   C/O TSYS DEBT MANAGEMENT (TDM),
            PO BOX 5155,   NORCROSS, GA 30091)
12334186    Capital One,   General Correspondence,   PO Box 30285,   Salt Lake City, UT 84130-0285
12334187   +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
12334188    Chase Bank,   Po Box 260180,   Baton Rouge, LA 70826-0180
12548629    Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
12334189   +Chrylser Financial Bvf,   1011 Warrenville Rd Ste,   Lisle, IL 60532-0903
12334190   +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12334194   ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
            (address filed with court: DFS Acceptance,   PO Box 6403,   Carol Stream, IL 60197-6403)
12334193   +Dell Financial Services,   350 Park Avenue, 10th Floor,   New York, NY 10022-6022
17119014   +Dish Network,   P O Box 9033,   Littleton, CO 80160-9033
15858277   +Dish Network,   236 Forest Dr.,   Island Lake, IL 60042-9731
12334195   +E Loan/Sst,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
12334196   #+Everhome Mortgage Co,   Attn: Bankruptcy,   8100 Nationsway,   Jacksonville, FL 32256-4405
12334199   +Gb Algonquin,   234 S Randall Rd,   Algonquin, IL 60102-9775
12334203   +HFC,   Po Box 4153,   Carol Stream, IL 60197-4153
12334207    HSBC,   PO Box 5608,   Glendale Heights, IL 60139-5608
12334206   +HSBC,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
12334208   +HSBC,   PO Box 80053,   Salinas, CA 93912
12334204   +Hfc - Usa/Beneficial,   Attn: Bankruptcy,   961 Weigel Dr,   Elmhurst, IL 60126-1029
12334205   +Home Depot Credit Services,   P.O. Box 689100,   Des Moines, IA 50368
12697427    Household Finance Corporation,   by eCAST Settlement Corporation,   as its agent,   POB 35480,
            Newark NJ 07193-5480
12334209   +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
12334210   +IL Bone & Joint Glenview,   135 S LaSalle Dpt 1052,   Chicago, IL 60674-0001
12334211   ++IRWIN MORTGAGE CORPORATION,   C O DEVELOPMENT SPECIALISTS INC,   6375 RIVERSIDE DRIVE,
            SUITE 200,   DUBLIN OH 43017-5045
            (address filed with court: Irwin Mortgage Corp,   Attn: Bankruptcy Department,   Po Box 8068,
            Virginia Beach, VA 23450)
12334212    Malgorzata Lokaj,   Zolnierska 12B/16,   10-559,   Olsztyn, Poland
15858278   +McHenry Radiolosists Imaging,   Associates,   POB 220,   McHenry, IL 60051-0220
12334213    Mendakota Insurance Company,   PO Box 17209,   Irvine, CA 92623-7209
15858279   +Moraine Emergency Physicians,   POB 8759,   Philadelphia, PA 19101-8759
12334215   +National City Bank,   1001 S Washington St,   Naperville, IL 60540-7400
12334216   +Net 1st National Bank,   5770 Roosevelt Blvd,   Clearwater, FL 33760-3439
12334217   +Nexcard/mastertrust,   Po Box 923148,   Norcross, GA 30010-3148
15858280   +Northern Illinois Medical Center,   4201 Medical Center Dr,   McHenry, IL 60050-8499
12334220   +Peoples Gas,   C/O Bankruptcy Department,   130 E. Randolph Drive,   Chicago, IL 60601-6302
12334221   +Pimassoo Construction,   326 Forest Dr.,   Island Lake, IL 60042
12334222   +PolTel, LLC,   PO Box 320,   Lincolnshire, IL 60069-0320
12334224    Sears Card,   PO Box 6924,   The Lakes, NV 88901-6924
12334225   +Sears/cbsd,   Po Box 20363,   Kansas City, MO 64195-0363
12334226   +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
12334228    Target National Bank,   3901West 53rd St,   Sioux Falls, SD 57106-4216
12334229   +Target Nb,   Po Box 673,   Minneapolis, MN 55440-0673
17119015   +Tri-County Emergency Physicians, LT,   P O Box 369,   Barrington, IL 60011-0369
15858282   +Verizon Wireless,   777 Big Timber Rd,   Elgin, IL 60123-1401
17119016   +Wellington Radiology Group, SC,   36006 Treasury Ctr,   Chicago, IL 60694-0001
12334231   +Wells Fargo,   Attn: Collection Servicing, 1st Floor, M,   1 Home Campus,
            Des Moines, IA 50328-0001
14130718   +Wells Fargo Bank, N.A.,   4137 121st Street,   Urbandale, IA 50323-2310
12334232    Wells Fargo Financial Bank,   PO Box 5943,   Sioux Falls, SD 57117-5943
12594475   +Wells Fargo Financial Illinois Inc,   4137 121st Street,   Urbandale IA 50323-2310
12334233   +Wffinancial,   1191 E Dundee Rd,   Palatine, IL 60074-8306
15503633    eCAST Settlement Corporation,   POB 35480,   Newark, NJ 07193-5480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12999408   +E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2013 02:31:44   Capital Recovery II,
            25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12334191   +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 10 2013 02:13:46   Collection,
            Po Box 9136,   Needham, MA 02494-9136
```

District/off: 0752-1            User: dramey            Page 2 of 4            Date Rcvd: Apr 09, 2013
                               Form ID: pdf006          Total Noticed: 76

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
12517744       E-mail/Text: resurgentbknotifications@resurgent.com Apr 10 2013 02:09:57
               Dell Financial Services, LLC,   c/o Resurgent Capital Services?,   P.O. Box 10390,
               Greenville, SC 29603-0390
12334197      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Apr 10 2013 03:08:25    First Midwest Bank/na,
               300 N Hunt Club Rd,   Gurnee, IL 60031-2502
12334198      +E-mail/Text: ally@ebn.phinsolutions.com Apr 10 2013 02:15:14    G M A C,   Po Box 130424,
               Roseville, MN 55113-0004
12715133      +E-mail/Text: ally@ebn.phinsolutions.com Apr 10 2013 02:15:14    GMAC,   P.O. Box 130424,
               Roseville, MN 55113-0004
12334201       E-mail/Text: ally@ebn.phinsolutions.com Apr 10 2013 02:15:14    GMAC Financial Services,
               PO Box 380902,   Bloomington, MN 55438-0902
12334200      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2013 02:34:12     Gemb/pypal+,   Po Box 981416,
               El Paso, TX 79998-1416
12334202      +E-mail/Text: bk@gafco.net Apr 10 2013 02:47:47    Great American Finance,   205 W Wacker Dr,
               Chicago, IL 60606-1211
12334219      +E-mail/Text: bankrup@aglresources.com Apr 10 2013 02:10:27    Nicor Gas,
               Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
12478033       E-mail/Text: resurgentbknotifications@resurgent.com Apr 10 2013 02:09:57
               FYOD LLC its successors and assigns as assignee of,  Citibank,  Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12999409       E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2013 02:31:44
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12591040      +E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2013 02:31:44
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12591039      +E-mail/PDF: rmscedi@recoverycorp.com Apr 10 2013 02:31:47
               Recovery Management Systems Corporation,   For GE Money Bank,   dba PAYPAL PLUS CREDIT,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12334179       E-mail/PDF: cbp@slfs.com Apr 10 2013 02:35:51    American General Finan,   6025 W Cermak Rd,
               Cicero, IL 60804
12334223      +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2013 02:35:41     Sams Club,
               Attention: Bankruptcy Department,   Po Box 103104,   Roswell, GA 30076-9104
12588008      +E-mail/Text: bncmail@w-legal.com Apr 10 2013 03:04:04    TARGET NATIONAL BANK,
               C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
12334230      +Fax: 866-419-3894 Apr 10 2013 03:54:59    US Cellular,   PO Box 0203,   Palatine, IL 60078-0203
15858283      +E-mail/Text: krishna.patel@vonage.com Apr 10 2013 02:13:11    Vonage,   23 Main St,
               Holmdel  NJ 07733-2136
                                                                                          TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Albert E Durkin
aty            Miroballi Durkin & Rudin LLC
12334184*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
12334185*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
               Norcross, GA 30091)
12334192*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services,   12234 North Ih 35,   Austin, TX 78753)
15858281*     +Sears/cbsd,   POB 20363,   Kansas City, MO 64195-0363
12334214      ##+Miroballi, Durkin & Rudin, LLC,   6 West Hubbard Street,   Suite 300,   Chicago, IL 60654-7575
12334218      ##+Nextcard Inc,   P.o. Box 923148,   Norcross, GA 30010-3148
12334227       ##Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
                                                                                TOTALS: 2, * 4, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 11, 2013                    Signature:    _Joseph Speetjens_

District/off: 0752-1          User: dramey          Page 4 of 4          Date Rcvd: Apr 09, 2013
                             Form ID: pdf006        Total Noticed: 76

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2013 at the address(es) listed below:
          Berton J Maley    on behalf of Creditor   BAC Home Loan Servicing L P nd-four@il.cslegal.com
          Ilene F Goldstein, ESQ   on behalf of Attorney Ilene F Goldstein ifgcourt@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ   on behalf of Accountant Karen L Morgen ifgcourt@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ   on behalf of Trustee Ilene F Goldstein, ESQ ifgolds@aol.com,
           IL35@ecfcbis.com
          Ilene F Goldstein, ESQ   ifgcourt@aol.com,  IL35@ecfcbis.com
          Ilene F Goldstein, ESQ   on behalf of Accountant   PGB Financial Services Ltd ifgcourt@aol.com,
           IL35@ecfcbis.com
          James  La Fata    on behalf of Joint Debtor Marta  Zoltowska-Soltysiak lafataja@hotmail.com
          James  La Fata    on behalf of Debtor Piotr  Soltysiak lafataja@hotmail.com
          James M Philbrick   on behalf of Creditor   GMAC jmphilbrick@att.net
          Kathryn A Klein   on behalf of Creditor   DaimlerChrysler Financial Services Americas, L.L.C.
           iln@riezmanberger.com
          Kathryn A Klein   on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
           DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Slava  Tenenbaum   on behalf of Debtor Piotr  Soltysiak Aaron@LawTenenbaum.com
          Slava  Tenenbaum   on behalf of Joint Debtor Marta  Zoltowska-Soltysiak Aaron@LawTenenbaum.com
                                                                              TOTAL: 14