**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re:  SOLTYSIAK, PIOTR | § Case No. 08-15528 |
| ZOLTOWSKA-SOLTYSIAK, MARTA | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $389,895.00      Assets Exempt: $27,861.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $42,945.45     Claims Discharged
                                                Without Payment: $37,426.70

Total Expenses of Administration: $100,580.92

3) Total gross receipts of $ 166,526.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 23,000.00 (see **Exhibit 2**), yielded net receipts of $143,526.37 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 102,005.92 | 100,580.92 | 100,580.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 16,628.32 | 16,628.32 | 16,628.32 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 48,743.83 | 48,743.83 | 11,317.13 |
| **TOTAL DISBURSEMENTS** | $0.00 | $182,378.07 | $180,953.07 | $143,526.37 |

4) This case was originally filed under Chapter 7 on June 17, 2008. The case was pending for 62 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/28/2013          By: /s/ILENE F. GOLDSTEIN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury and workers compensation claim, | 1129-000 | 166,500.00 |
| Interest Income | 1270-000 | 26.37 |
| **TOTAL GROSS RECEIPTS** | | **$166,526.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Piotr Soltysiak | Exemption | 8100-002 | 15,000.00 |
| Piotr Soltysiak and Marta Zoltowska -Soltysiak | EXEMPTIONS OF THE DEBTOR | 8100-002 | 8,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$23,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17 | American Interstate Insurance Company | 4220-000 | N/A | 15,000.00 | 15,000.00 | 15,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$15,000.00** | **$15,000.00** | **$15,000.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 10,425.00 | 9,000.00 | 9,000.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 695.30 | 695.30 | 695.30 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 19,822.00 | 19,822.00 | 19,822.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| PBG | 3410-000 | N/A | 320.00 | 320.00 | 320.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 45.42 | 45.42 | 45.42 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 48.60 | 48.60 | 48.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.00 | 50.00 | 50.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.58 | 77.58 | 77.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.88 | 74.88 | 74.88 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.46 | 82.46 | 82.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.13 | 77.13 | 77.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.89 | 81.89 | 81.89 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 45.69 | 45.69 | 45.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.04 | 74.04 | 74.04 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.44 | 76.44 | 76.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.74 | 73.74 | 73.74 |
| The Bank of New York Mellon | 2600-000 | N/A | 83.76 | 83.76 | 83.76 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.43 | 73.43 | 73.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.87 | 80.87 | 80.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 78.17 | 78.17 | 78.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 70.45 | 70.45 | 70.45 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.87 | 82.87 | 82.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 75.17 | 75.17 | 75.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.52 | 72.52 | 72.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 72.05 | 72.05 | 72.05 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 42.65 | 42.65 | 42.65 |
| Rabobank, N.A. | 2600-000 | N/A | 62.96 | 62.96 | 62.96 |
| The Cincinatti Insurance Co | 3220-610 | N/A | 13,240.85 | 13,240.85 | 13,240.85 |
| The Cincinatti Insurance Co | 3210-600 | N/A | 55,500.00 | 55,500.00 | 55,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$102,005.92** | **$100,580.92** | **$100,580.92** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Malgorzata Lokaj | 5100-000 | N/A | 16,628.32 | 16,628.32 | 16,628.32 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $16,628.32 | $16,628.32 | $16,628.32 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,311.66 | 1,311.66 | 345.95 |
| 2 | Dell Financial Services, LLC | 7100-000 | N/A | 2,869.91 | 2,869.91 | 756.93 |
| 3 | Dell Financial Services, LLC | 7100-000 | N/A | 3,239.32 | 3,239.32 | 854.36 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | N/A | 881.42 | 881.42 | 232.47 |
| 5 | Chase Bank USA, NA | 7100-000 | N/A | 4,953.30 | 4,953.30 | 1,306.41 |
| 6 | TARGET NATIONAL BANK | 7100-000 | N/A | 537.77 | 537.77 | 141.83 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Midland Funding L.L.C. by agent Recoser L.L.C. | 7100-000 | N/A | 1,987.86 | 1,987.86 | 524.29 |
| 8 | Midland Funding L.L.C. by agent Recoser L.L.C. | 7100-000 | N/A | 776.93 | 776.93 | 204.91 |
| 9 | Midland Funding L.L.C. by agent Recoser L.L.C. | 7100-000 | N/A | 1,079.26 | 1,079.26 | 284.65 |
| 10 | Wells Fargo Financial Illinois Inc | 7100-000 | N/A | 576.24 | 576.24 | 151.98 |
| 11 | eCAST Settlement Corporation | 7100-000 | N/A | 9,473.62 | 9,473.62 | 2,498.63 |
| 13 | GMAC | 7100-000 | N/A | 15,221.95 | 15,221.95 | 4,014.72 |
| 14 | TARGET NATIONAL BANK | 7200-000 | N/A | 2,984.66 | 2,984.66 | 0.00 |
| 15 | Wells Fargo Financial Illinois Inc | 7200-000 | N/A | 576.24 | 576.24 | 0.00 |
| 16 | Wells Fargo Bank, N.A. | 7200-000 | N/A | 2,273.69 | 2,273.69 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $48,743.83 | $48,743.83 | $11,317.13 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-15528  
**Case Name:** SOLTYSIAK, PIOTR  
ZOLTOWSKA-SOLTYSIAK, MARTA  
**Period Ending:** 08/28/13

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/17/08 (f)  
**§341(a) Meeting Date:** 07/14/08  
**Claims Bar Date:** 10/27/08

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | RESIDENCE<br>236 Forest Drive, Island Lake, IL 60042 | 370,000.00 | 0.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>National City Checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>3 sofas (300), king size bed (200), 3 beds for children (200), dining room set (100), 2 older tvs (300), computer and dvd (130) | 1,230.00 | 0.00 | | 0.00 | FA |
| 4 | HOUSEHOLD GOODS AND FURNISHINGS<br>CDs | 20.00 | 0.00 | | 0.00 | FA |
| 5 | ACCOUNTS RECEIVABLE<br>10 year old receivable from Jan Wroblewski, 9204 Oak Springs Ct., Richmond, VA 23229-4067 related to sale of glass ornamental vases | Unknown | 0.00 | | 0.00 | FA |
| 6 | Personal injury and workers compensation claim,<br>Personal injury and workers compensation claim, Case # 2006-L-002526, filed in the Circuit Court of Cook County. Attorney for Debtor in this action has made a demand in excess of $400,000 | Unknown | 0.00 | | 166,500.00 | FA |
| 7 | AUTOMOBILES AND OTHER VEHICLES<br>2006 Dodge Sprinter 2500 High Ceiling, I.D. No. WD9D144665907862 | 17,995.00 | 0.00 | | 0.00 | FA |
| 8 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES<br>Computer desk | 150.00 | 150.00 | | 0.00 | FA |
| 9 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT<br>Business tools | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 26.37 | Unknown |
| 10 | Assets   Totals (Excluding unknown values) | **$389,895.00** | **$150.00** | | **$166,526.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: The Trustee had to set an additional bar date as the Debtor's amended their schedules well into the case and those creditors did not receive Notice of the

Printed: 08/28/2013 01:18 PM   V.13.13

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-15528  
**Case Name:** SOLTYSIAK, PIOTR  
ZOLTOWSKA-SOLTYSIAK, MARTA  
**Period Ending:** 08/28/13

**Trustee:** (330290)   ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 06/17/08 (f)  
**§341(a) Meeting Date:** 07/14/08  
**Claims Bar Date:** 10/27/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Bar Date for filing claims. That date has past and the Trustee is preparing her Final Report.

The Final Report should be on file by February 28, 2013.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   April 30, 2012

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 08-15528 | **Trustee:** | ILENE F. GOLDSTEIN (330290) | |
| **Case Name:** | SOLTYSIAK, PIOTR | **Bank Name:** | JPMORGAN CHASE BANK, N.A. | |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | **Account:** | ***-*****56-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***0212 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 08/28/13 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/04/09 | {6} | Miroballi, Durkin & Rudin | Settlement proceeds of PI Case | 1129-000 | 7,759.15 | | 7,759.15 |
| 11/04/09 | | The Cincinatti Insurance Co | Settlement of Personal Injury case | | 90,000.00 | | 97,759.15 |
| | {6} | | Settlement of PI Law suit    158,740.85 | 1129-000 | | | 97,759.15 |
| | | | Special counsel    -13,240.85 expenses | 3220-610 | | | 97,759.15 |
| | | | Special Counsel Fees    -55,500.00 | 3210-600 | | | 97,759.15 |
| 11/05/09 | | To Account #********5666 | Transfer of Funds | 9999-000 | | 41,000.00 | 56,759.15 |
| 11/05/09 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3120-000 | | 10,669.50 | 46,089.65 |
| 11/05/09 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Attorney Expenses | 3120-000 | | 317.10 | 45,772.55 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.61 | | 45,774.16 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.92 | | 45,776.08 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.80 | | 45,777.88 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.74 | | 45,779.62 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.05 | | 45,781.67 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.18 | | 45,782.85 |
| 04/20/10 | | Wire out to BNYM account 9200******5665 | Wire out to BNYM account 9200******5665 | 9999-000 | -45,782.85 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 51,986.60 | 51,986.60 | $0.00 |
| Less: Bank Transfers | -45,782.85 | 41,000.00 | |
| Subtotal | 97,769.45 | 10,986.60 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$97,769.45** | **$10,986.60** | |

{} Asset reference(s)   Printed: 08/28/2013 01:18 PM   V.13.13

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 08-15528  
**Case Name:** SOLTYSIAK, PIOTR  
ZOLTOWSKA-SOLTYSIAK, MARTA  
**Taxpayer ID #:** **-***0212  
**Period Ending:** 08/28/13  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****56-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/09 | | From Account #********5665 | Transfer of Funds | 9999-000 | 41,000.00 | | 41,000.00 |
| 11/17/09 | 101 | Piotr Soltysiak | Exemption | 8100-002 | | 15,000.00 | 26,000.00 |
| 11/17/09 | 102 | American Interstate Insurance Company | Lien on PI Suit | 4220-000 | | 15,000.00 | 11,000.00 |
| 02/19/10 | 103 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #08-15528 | 2300-000 | | 45.42 | 10,954.58 |
| 04/20/10 | | Wire out to BNYM account 9200******5666 | Wire out to BNYM account 9200******5666 | 9999-000 | -10,954.58 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 30,045.42 | 30,045.42 | $0.00 |
| | | | Less: Bank Transfers | | 30,045.42 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 30,045.42 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$15,045.42** | |

Case 08-15528    Doc 81    Filed 09/16/13    Entered 09/16/13 10:55:35    Desc Main
Document      Page 11 of 16

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 08-15528  
**Case Name:** SOLTYSIAK, PIOTR  
ZOLTOWSKA-SOLTYSIAK, MARTA  
**Taxpayer ID #:** **-***0212  
**Period Ending:** 08/28/13  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | Wire in from JPMorgan Chase Bank, N.A. account ********5665 | 9999-000 | 45,782.85 | | 45,782.85 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.96 | | 45,783.81 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.72 | | 45,786.53 |
| 06/23/10 | 11003 | Piotr Soltysiak and Marta Zoltowska-Soltysiak | EXEMPTIONS OF THE DEBTOR | 8100-002 | | 8,000.00 | 37,786.53 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.59 | | 37,789.12 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.25 | | 37,791.37 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.24 | | 37,793.61 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,793.92 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,794.24 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,794.55 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,794.87 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,795.19 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 37,795.47 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,795.79 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,796.10 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,796.42 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,796.73 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,797.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,797.37 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.02 | 37,709.35 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -63.02 | 37,772.37 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,772.68 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.58 | 37,695.10 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 37,695.42 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.88 | 37,620.54 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,620.84 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.46 | 37,538.38 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,538.69 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 77.13 | 37,461.56 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.31 | | 37,461.87 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.89 | 37,379.98 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 74.04 | 37,305.94 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.44 | 37,229.50 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.74 | 37,155.76 |

Subtotals :    $45,798.92    $8,643.16

{} Asset reference(s)                                         Printed: 08/28/2013 01:18 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 08-15528 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SOLTYSIAK, PIOTR | | **Bank Name:** | The Bank of New York Mellon |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | | **Account:** | 9200-******56-65 - Checking Account |
| **Taxpayer ID #:** | **-***0212 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/28/13 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 83.76 | 37,072.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.43 | 36,998.57 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.87 | 36,917.70 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 78.17 | 36,839.53 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.45 | 36,769.08 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.87 | 36,686.21 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 75.17 | 36,611.04 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.52 | 36,538.52 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 36,538.52 | 0.00 |
| | | | ACCOUNT TOTALS | | 45,798.92 | 45,798.92 | $0.00 |
| | | | Less: Bank Transfers | | 45,782.85 | 36,538.52 | |
| | | | **Subtotal** | | **16.07** | **9,260.40** | |
| | | | Less: Payments to Debtors | | | 8,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$16.07** | **$1,260.40** | |

{} Asset reference(s)  Printed: 08/28/2013 01:18 PM V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-15528
**Case Name:** SOLTYSIAK, PIOTR
ZOLTOWSKA-SOLTYSIAK, MARTA
**Taxpayer ID #:** **-***0212
**Period Ending:** 08/28/13

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******56-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5666 | Wire in from JPMorgan Chase Bank, N.A. account ********5666 | 9999-000 | 10,954.58 | | 10,954.58 |
| 02/04/11 | 10104 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/04/2011 FOR CASE #08-15528, Bond Premiums | 2300-000 | | 48.60 | 10,905.98 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.40 | 10,880.58 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.40 | 10,880.98 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,855.98 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,830.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,805.98 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,780.98 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,755.98 |
| 02/15/12 | 10105 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #08-15528, 2012-2013 Bond Premium | 2300-000 | | 45.69 | 10,710.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,685.29 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,660.29 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,635.29 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,610.29 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,585.29 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,560.29 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,535.29 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,510.29 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,485.29 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,460.29 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,435.29 |
| 01/24/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033029088 20130124 | 9999-000 | | 10,435.29 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,954.58 | 10,954.58 | $0.00 |
| Less: Bank Transfers | | 10,954.58 | 10,435.29 | |
| **Subtotal** | | **0.00** | **519.29** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$519.29** | |

{} Asset reference(s)

Printed: 08/28/2013 01:18 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case Number: | 08-15528 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | SOLTYSIAK, PIOTR | | Bank Name: | Rabobank, N.A. |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | | Account: | ****769465 - Checking Account |
| Taxpayer ID #: | **-***0212 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/28/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 36,538.52 | | 36,538.52 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.05 | 36,466.47 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.96 | 36,403.51 |
| 05/20/13 | | From Account #****769466 | Combine Accounts for Distribution | 9999-000 | 10,392.64 | | 46,796.15 |
| 05/20/13 | 21004 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $19,822.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 9,152.50 | 37,643.65 |
| 05/20/13 | 21005 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $695.30, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 378.20 | 37,265.45 |
| 05/20/13 | 21006 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $9,000.00, Trustee Compensation;  Reference: | 2100-000 | | 9,000.00 | 28,265.45 |
| 05/20/13 | 21007 | PBG | Dividend paid 100.00% on $320.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 320.00 | 27,945.45 |
| 05/20/13 | 21008 | Malgorzata Lokaj | Dividend paid 100.00% on $16,628.32; Claim# 12; Filed: $16,628.32; Reference: | 5100-000 | | 16,628.32 | 11,317.13 |
| 05/20/13 | 21009 | PYOD LLC its successors and assigns as assignee of | Dividend paid 26.37% on $1,311.66; Claim# 1; Filed: $1,311.66; Reference: | 7100-000 | | 345.95 | 10,971.18 |
| 05/20/13 | 21010 | Dell Financial Services, LLC | Dividend paid 26.37% on $2,869.91; Claim# 2; Filed: $2,869.91; Reference: | 7100-000 | | 756.93 | 10,214.25 |
| 05/20/13 | 21011 | Dell Financial Services, LLC | Dividend paid 26.37% on $3,239.32; Claim# 3; Filed: $3,239.32; Reference: | 7100-000 | | 854.36 | 9,359.89 |
| 05/20/13 | 21012 | CAPITAL ONE BANK (USA), N.A. | Dividend paid 26.37% on $881.42; Claim# 4; Filed: $881.42; Reference: | 7100-000 | | 232.47 | 9,127.42 |
| 05/20/13 | 21013 | Chase Bank USA, NA | Dividend paid 26.37% on $4,953.30; Claim# 5; Filed: $4,953.30; Reference: | 7100-000 | | 1,306.41 | 7,821.01 |
| 05/20/13 | 21014 | TARGET NATIONAL BANK | Dividend paid 26.37% on $537.77; Claim# 6; Filed: $537.77; Reference: | 7100-000 | | 141.83 | 7,679.18 |
| 05/20/13 | 21015 | Midland Funding L.L.C. by agent Recoser L.L.C. | Dividend paid 26.37% on $1,987.86; Claim# 7; Filed: $1,987.86; Reference: | 7100-000 | | 524.29 | 7,154.89 |
| 05/20/13 | 21016 | Midland Funding L.L.C. by agent Recoser L.L.C. | Dividend paid 26.37% on $776.93; Claim# 8; Filed: $776.93; Reference: | 7100-000 | | 204.91 | 6,949.98 |
| 05/20/13 | 21017 | Midland Funding L.L.C. by agent Recoser L.L.C. | Dividend paid 26.37% on $1,079.26; Claim# 9; Filed: $1,079.26; Reference: | 7100-000 | | 284.65 | 6,665.33 |
| 05/20/13 | 21018 | Wells Fargo Financial Illinois Inc | Dividend paid 26.37% on $576.24; Claim# 10; Filed: $576.24; Reference: | 7100-000 | | 151.98 | 6,513.35 |
| 05/20/13 | 21019 | eCAST Settlement Corporation | Dividend paid 26.37% on $9,473.62; Claim# | 7100-000 | | 2,498.63 | 4,014.72 |
| | | | Subtotals : | | $46,931.16 | $42,916.44 | |

{} Asset reference(s)

Printed: 08/28/2013 01:18 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 08-15528  
**Case Name:** SOLTYSIAK, PIOTR  
ZOLTOWSKA-SOLTYSIAK, MARTA  
**Taxpayer ID #:** **-***0212  
**Period Ending:** 08/28/13

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****769465 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 11; Filed: $9,473.62; Reference: | | | | |
| 05/20/13 | 21020 | GMAC | Dividend paid 26.37% on $15,221.95; Claim# 13; Filed: $15,221.95; Reference: | 7100-000 | | 4,014.72 | 0.00 |
| | | | ACCOUNT TOTALS | | 46,931.16 | 46,931.16 | $0.00 |
| | | | Less: Bank Transfers | | 46,931.16 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **46,931.16** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$46,931.16** | |

{} Asset reference(s)    Printed: 08/28/2013 01:18 PM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 8

| **Case Number:** | 08-15528 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SOLTYSIAK, PIOTR | | **Bank Name:** | Rabobank, N.A. |
| | ZOLTOWSKA-SOLTYSIAK, MARTA | | **Account:** | ****769466 - Checking Account |
| **Taxpayer ID #:** | **-***0212 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/28/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/25/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 10,435.29 | | 10,435.29 |
| 02/26/13 | 20106 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/26/2013 FOR CASE #08-15528, Bond Number 016026455 | 2300-000 | | 42.65 | 10,392.64 |
| 05/20/13 | | To Account #****769465 | Combine Accounts for Distribution | 9999-000 | | 10,392.64 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 10,435.29 | 10,435.29 | **$0.00** |
| | | | Less: Bank Transfers | | 10,435.29 | 10,392.64 | |
| | | | **Subtotal** | | **0.00** | **42.65** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$42.65** | |

| | |
| --- | --- |
| Net Receipts : | 97,785.52 |
| Plus Gross Adjustments : | 68,740.85 |
| Less Payments to Debtor : | 23,000.00 |
| Net Estate : | $143,526.37 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****56-65** | 97,769.45 | 10,986.60 | 0.00 |
| **Checking # ***-*****56-66** | 0.00 | 15,045.42 | 0.00 |
| **Checking # 9200-******56-65** | 16.07 | 1,260.40 | 0.00 |
| **Checking # 9200-******56-66** | 0.00 | 519.29 | 0.00 |
| **Checking # ****769465** | 0.00 | 46,931.16 | 0.00 |
| **Checking # ****769466** | 0.00 | 42.65 | 0.00 |
| | **$97,785.52** | **$74,785.52** | **$0.00** |

{} Asset reference(s)            Printed: 08/28/2013 01:18 PM    V.13.13